UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 24-cv-21628-JB

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al.*,

        Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

        Defendants.
_____/

## ORDER DIRECTING THE ISSUANCE OF WARRANTS OF ARREST

**THIS CAUSE** comes before the Court upon Plaintiffs' Expedited Motion to Issue Arrest Warrants for Defendant Vessels (the "Motion"). ECF No. [24]. Plaintiffs filed their Verified Complaint on April 29, 2024 and their Verified First Amended Complaint on September 26, 2024. ECF Nos. [3-1], [18]. Upon careful consideration of the Motion and supporting evidentiary submissions, the pertinent portions of the record, and the relevant authorities, the Court finds that probable cause exists for an action *in rem* against the Defendant Vessels, and probable cause exists to hold Defendants liable for satisfaction of the final judgment that forms the basis of this action. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Expedited Motion to Issue Arrest Warrants, ECF No. [24], is **GRANTED**.

Pursuant to Supplemental Rule C(1) and Local Admiralty Rule C(2)(a), the Clerk of the Court is **DIRECTED** to issue the attached warrants of arrest and

summons against Defendants M/V Adisa, M/V B Luminosa, M/V Bluefins, M/V Boceanica, M/V Bueno, and M/V Nolan.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of September, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CASE NO. 24-cv-21628-JB**

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al*.,

        Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

        Defendants.

_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

      The Verified First Amended Complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on September 26, 2024 against M/V Adisa, a 2005 Very Large Crude Carrier (IMO 9304667), her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances thereto.

      In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Adisa currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

      You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

      You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

      ORDERED at Miami, Florida, this _____ day of September, 2025.

                                                CLERK

                                        By: _____
                                                      Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(3), any person having control of the freight, proceeds and/or intangible property shall file a claim within fourteen (14) days after process has been executed, or deliver or pay over to the United States Marshal, the freight, proceeds and/or intangible property, or a part thereof, sufficient to satisfy Plaintiffs' claim. Persons having control of the freight, proceeds, and/or intangible property are hereby advised that service of the summons has the effect of arresting the property, thereby preventing the release, disposal or other distribution of the property without prior order of the Court.

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 24-cv-21628-JB

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al.*,

        Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

        Defendants.
_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified First Amended Complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on September 26, 2024 against M/V B Luminosa, a 2003 Panamax oil tanker (IMO 9256016), her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances thereto.

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V B Luminosa currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at Miami, Florida, this _____ day of September, 2025.

                                      CLERK

                              By: _____
                                      Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(3), any person having control of the freight, proceeds and/or intangible property shall file a claim within fourteen (14) days after process has been executed, or deliver or pay over to the United States Marshal, the freight, proceeds and/or intangible property, or a part thereof, sufficient to satisfy Plaintiffs' claim. Persons having control of the freight, proceeds, and/or intangible property are hereby advised that service of the summons has the effect of arresting the property, thereby preventing the release, disposal or other distribution of the property without prior order of the Court.

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CASE NO. 24-cv-21628-JB**

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al.*,

        Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

        Defendants.
_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified First Amended Complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on September 26, 2024 against M/V Bluefins, a 2001 Panamax oil tanker (IMO 9221657), her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances thereto.

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Bluefins currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at Miami, Florida, this _____ day of September, 2025.

                                                    CLERK

                                              By: _____
                                                          Deputy Clerk

SPECIAL NOTICE

In accordance with Local Admiralty Rule C(3), any person having control of the freight, proceeds and/or intangible property shall file a claim within fourteen (14) days after process has been executed, or deliver or pay over to the United States Marshal, the freight, proceeds and/or intangible property, or a part thereof, sufficient to satisfy Plaintiffs' claim. Persons having control of the freight, proceeds, and/or intangible property are hereby advised that service of the summons has the effect of arresting the property, thereby preventing the release, disposal or other distribution of the property without prior order of the Court.

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CASE NO. 24-cv-21628-JB**

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al.*,

      Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

      Defendants.
_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

      The Verified First Amended Complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on September 26, 2024 against M/V Boceanica, a 2004 Panamax oil tanker (IMO 9267132), her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances thereto.

      In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Boceanica currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

      You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

      You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

      ORDERED at Miami, Florida, this _____ day of September, 2025.

                                      CLERK

                            By: _____
                                 Deputy Clerk

SPECIAL NOTICE

In accordance with Local Admiralty Rule C(3), any person having control of the freight, proceeds and/or intangible property shall file a claim within fourteen (14) days after process has been executed, or deliver or pay over to the United States Marshal, the freight, proceeds and/or intangible property, or a part thereof, sufficient to satisfy Plaintiffs' claim. Persons having control of the freight, proceeds, and/or intangible property are hereby advised that service of the summons has the effect of arresting the property, thereby preventing the release, disposal or other distribution of the property without prior order of the Court.

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CASE NO. 24-cv-21628-JB**

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al.*,

        Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

        Defendants.

_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

        The Verified First Amended Complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on September 26, 2024 against M/V Bueno, a 2005 Panamax oil tanker (IMO 9282443), her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances thereto.

        In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Bueno currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

        You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

        You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

        ORDERED at Miami, Florida, this _____ day of September, 2025.

                                            CLERK

                                            By: _____
                                                           Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(3), any person having control of the freight, proceeds and/or intangible property shall file a claim within fourteen (14) days after process has been executed, or deliver or pay over to the United States Marshal, the freight, proceeds and/or intangible property, or a part thereof, sufficient to satisfy Plaintiffs' claim. Persons having control of the freight, proceeds, and/or intangible property are hereby advised that service of the summons has the effect of arresting the property, thereby preventing the release, disposal or other distribution of the property without prior order of the Court.

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CASE NO. 24-cv-21628-JB**

CANDYCE S. HOGLAN, as personal
representative of the Estate of Alice
Hoglan, *et al.*,

        Plaintiffs,

v.

M/Y BLUEFINS, a 2001 Panamax oil tanker
(IMO 9221657), her boats, engines, generators,
tackle, rigging, apparel, furniture, furnishings,
equipment, contents and appurtenances thereto,
*in rem*,

        Defendants.
_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified First Amended Complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on September 26, 2024 against M/V Nolan, a 2000 Very Large Crude Carrier (IMO 9179701), her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances thereto.

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Nolan currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at Miami, Florida, this _____ day of September, 2025.

                                                       CLERK

                                        By: _____
                                                   Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(3), any person having control of the freight, proceeds and/or intangible property shall file a claim within fourteen (14) days after process has been executed, or deliver or pay over to the United States Marshal, the freight, proceeds and/or intangible property, or a part thereof, sufficient to satisfy Plaintiffs' claim. Persons having control of the freight, proceeds, and/or intangible property are hereby advised that service of the summons has the effect of arresting the property, thereby preventing the release, disposal or other distribution of the property without prior order of the Court.

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).