UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CANDYCE S. HOGLAN, as personal
representative of the Estate of
Alice Hoglan, et al.,

  Plaintiffs,           Case No. 1:24-cv-21628

v.

M/V BLUEFINS, et al.

  Defendant.
_____/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

  The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on 26 September 2024 against M/V Adisa (IMO 9304667).

  In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Adisa currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

  You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

  You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

  ORDERED at __WPB_____, Florida, this ___12____ day of __Sept_____, 2025.

            Angela E. Noble
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
            By:_____*C.Quinones*_____
                Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CANDYCE S. HOGLAN, as personal
representative of the Estate of
Alice Hoglan, et al.,

    Plaintiffs,                                              Case No. 1:24-cv-21628

v.

M/V BLUEFINS, et al.

    Defendant.

_____/

**(PROPOSED) WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on 26 September 2024 against M/V B Luminosa (IMO 9125016).

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V B Luminosa currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at __WPB_____, Florida, this ___12____ day of ___Sept____, 2025.

                                              Angela E. Noble
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF FLORIDA
                                              By:_____*C.Quinones*_____ ____
                                                          Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CANDYCE S. HOGLAN, as personal
representative of the Estate of
Alice Hoglan, et al.,

    Plaintiffs,                                  Case No. 1:24-cv-21628

v.

M/V BLUEFINS, et al.

    Defendant.

_____/

**(PROPOSED) WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on 26 September 2024 against M/V Bluefins (IMO 9221657).

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Bluefins currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at __WPB_____, Florida, this ___12____ day of ___Sept____, 2025.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*C.Quinones*_____ ____
Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CANDYCE S. HOGLAN, as personal
representative of the Estate of
Alice Hoglan, et al.,

    Plaintiffs,                                      Case No. 1:24-cv-21628

v.

M/V BLUEFINS, et al.

    Defendant.

_____/

**(PROPOSED) WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on 26 September 2024 against M/V Boceanica (IMO 9267132).

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Boceanica currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at ___WPB____, Florida, this ___12____ day of ___Sept____, 2025.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*C.Quinones*_____
Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CANDYCE S. HOGLAN, as personal
representative of the Estate of
Alice Hoglan, et al.,

    Plaintiffs,                                       Case No. 1:24-cv-21628

v.

M/V BLUEFINS, et al.

    Defendant.

_____/

**(PROPOSED) WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on 26 September 2024 against M/V Bueno (IMO 9282443).

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Bueno currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at ___WPB____, Florida, this ___12____ day of ____Sept___, 2025.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*C.Quinones*_____
Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

CANDYCE S. HOGLAN, as personal
representative of the Estate of
Alice Hoglan, et al.,

    Plaintiffs,                                          Case No. 1:24-cv-21628

v.

M/V BLUEFINS, et al.

    Defendant.

_____/

**(PROPOSED) WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

    The complaint in the above-styled in rem proceeding was filed in the Miami Division of this Court on 26 September 2024 against M/V Nolan (IMO 9179701).

    In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Cargo Sample Canister from Defendant M/V Nolan currently in the custody of Boies Schiller Flexner LLP and to detain the same in your custody pending further order of the Court.

    You are further directed to serve and give notice of this Arrest Warrant and a copy of the complaint by electronic mail directed to the Inmarsat phone number of Defendant Vessel and to the Telegram account of Viktor Artemov, using the Inmarsat and Telegram account information provided by Boies Schiller Flexner LLP, thus bringing Defendant Vessel within the jurisdiction of the Court.

    You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at ___WPB____, Florida, this __12_____ day of __Sept_____, 2025.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*C.Quinones*_____
Deputy Clerk

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).