UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No. 1:24-cv-21628-JB

CANDYCE S. HOGLAN,
as personal representative of the
Estate of Alice Hoglan, *et al.*,

    Plaintiffs,

v.

M/V BLUEFINS, *et al.*,

    Defendants.

_____/

**EXPEDITED MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Pursuant to Local Admiralty Rule E(10)(c), and in furtherance of the Court's September 11, 2025 Order Directing the Issuance of Warrants of Arrest for Defendant Vessels M/V Bluefins (IMO 9221657), M/V Boceanica (IMO 9267132), M/V B Luminosa (IMO 9256016), M/V Bueno (IMO 9282443), M/V Adisa (IMO 9304667), and M/V Nolan (IMO 9179701), (collectively, the "Defendant Oil Tankers") Plaintiffs Candyce S. Hoglan, et al. ("Hoglan Plaintiffs") file this Expedited Motion for Appointment of Substitute Custodian and, for the reasons set forth below, request expedited adjudication by Tuesday, December 16, 2025.

1. On September 26, 2024, Plaintiffs filed their Verified First Amended Complaint in this *in rem* proceeding seeking to enforce their judgment against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and Hezbollah by arresting the Defendant Oil Tankers pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 ("TRIA"). (ECF No. 18).

2. On September 11, 2025, the Court entered an order directing the issuance of arrest warrants *in rem* for each of the Defendant Oil Tankers ("Order") (ECF No. 28). The Order

instructed the Clerk of Courts to issue the arrest warrants that directed the U.S. Marshals to effectuate the arrests of the Defendant Oil Tankers by seizing the six Sample Cargo Canisters currently in the custody of Boies Schiller Flexner LLP ("Canisters"). *Id*. Each Canister is a physical artifact that was previously physically on board, and used in connection with the operations of, each respective Defendant Oil Tanker. Declaration of Stavros Rizakos at 6-7 (ECF No. 24-2).

3. On September 12, 2025, the Clerk of the Court issued Warrants for the Arrest of the six Defendant Oil Tankers by seizing the six Canisters ("Arrest Warrants"). (ECF No. 29).

4. The Canisters are currently physically located within the District at the law office of Boies Schiller Flexner LLP at 401 E. Las Olas Blvd., Suite 1200, Fort Lauderdale, FL 33301. Declaration of Eric M. Palmer attached as **Exhibit 1**. In discussions with the office of the United States Marshal concerning execution of the Arrest Warrants, they have requested that the Hoglan Plaintiffs obtain an order appointing a Substitute Custodian to hold the Canisters, instead of the Marshal's office holding them.

5. Subject to approval of the Court, the Substitute Custodian is prepared to provide routine services for the safekeeping of the Canisters without cost, which would be substantially less than would be required by the Marshals. The Substitute Custodian also has agreed to provide these services continuously, pending further order of this Court.

6. The Substitute Custodian has adequate facilities for the care, maintenance and security of the Canisters. In discharging its obligation to care for, maintain and secure the Canisters, the Substitute Custodian shall comply with all orders of the Court and any applicable state or federal law. The Substitute Custodian shall advise the Court, the parties to the action, and

the United States Marshal, of any movement of the Canisters within twenty-four hours of such movement.

7. Concurrent with the Court's approval of the Motion for Appointment of the Substitute Custodian, the Hoglan Plaintiffs and the Substitute Custodian will file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(C)(ii).

8. In accordance with the representations set forth in this motion, and subject to the filing of the Consent and Indemnification Agreement noted in Paragraph 7 above, the Hoglan Plaintiffs respectfully request the Court to enter an order appointing Eric M. Palmer as the Substitute Custodian for the Canisters.

9. The Substitute Custodian, Eric M. Palmer, will utilize the law office of Boies Schiller Flexner LLP, located at 401 E. Las Olas Blvd., Suite 1200, Fort Lauderdale, FL 33301 to maintain the Canisters pending further order of the Court. The Canisters are currently physically located at Boies Schiller Flexner LLP and the law office has adequate facilities to ensure the continued care, maintenance, and security of the Canisters.

10. Given the Canisters' unique nature, physical characteristics, and the purpose for which they are being arrested, the Hoglan Plaintiffs ask the Court to waive any insurance, security, or other similar requirements that might customarily be imposed when the U.S Marshals arrest, or the Substitute Custodian maintains, a vessel, cargo, or similar property.

11. **<u>Expedited Request</u>**. Given that *compliance* with this Court's Order and the arrest warrants remains *pending* until the Canisters are seized by the U.S. Marshals—by way of the proposed Substitute Custodian—Plaintiffs respectfully requested that this Motion be adjudicated on an expedited basis. Confirmation of the proposed Substitute Custodian is necessary to ensure that the Canisters are in authorized custody for purposes of these proceedings and this Court's

jurisdiction. Furthermore, Plaintiffs intend to file a motion seeking judgment against one of the Defendant vessels and cannot do so until the Canisters are properly arrested.

Respectfully submitted,                                    *Counsel for Plaintiffs*

                                                    */s/ Dayron Silverio*
**PODHURST ORSECK, P.A.**
Peter Prieto (FBN 501492)
Matthew P. Weinshall (FBN 84783)
Dayron Silverio (FBN 112174)
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
T. 305-358-2800
pprieto@podhurst.com
mweinshall@podhurst.com
dsilverio@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                 By:   */s/ Dayron Silverio*
                                                       Dayron Silverio